COLLIN CHI NGUYEN
510B SULLIVAN KILRAIN RD
HATTIESBURG, MS 39402

KOVO INC
ATTN: BANKRUPTCY
9450 SW GEMINI DR
SUITE 87907
BEAVERTON, OR 97008


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

NATHAN & NATHAN PC
P.O. BOX 1715
BIRMINGHAM, AL 35201


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

SELFINC/LEAD
ATTN: BANKRUPTCY
PO BOX 11
SOUTHLAKE, TX 76092


CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060


DISCOVER BANK
P.O. BOX 71084
CHARLOTTE, NC 28272-1084


DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130


JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655


JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS, GA 31902


KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY  SUITE 226
SAN FRANSICO, CA 94111