United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51230-KMS
Collin Chi Nguyen Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 2
Date Rcvd: Sep 21, 2026 Form ID: n032 Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Collin Chi Nguyen, 510B Sullivan Kilrain Rd, Hattiesburg, MS 39402-8000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5703003 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 21 2026 19:52:56 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5707333 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 21 2026 19:52:56 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5703004 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2026 19:53:00 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5703005 | | Email/Text: mrdiscen@discover.com | Sep 21 2026 19:45:00 | Discover Bank, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 5703006 | + | Email/Text: mrdiscen@discover.com | Sep 21 2026 19:45:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5703008 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2026 19:45:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902 |
| 5717838 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2026 19:45:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5703007 | ^ | MEBN | Sep 21 2026 19:44:04 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5703010 | | Email/Text: bankruptcies@kovocredit.com | Sep 21 2026 19:45:00 | Kovo Inc, Attn: Bankruptcy, 9450 Sw Gemini Dr, Suite 87907, Beaverton, OR 97008 |
| 5703009 | + | Email/Text: bankruptcy@kikoff.com | Sep 21 2026 19:45:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 5703011 | | Email/Text: bankruptcy@nathan-nathan.com | Sep 21 2026 19:45:00 | Nathan & Nathan PC, P.O. Box 1715, Birmingham, AL 35201 |
| 5703012 | | Email/Text: bankruptcy@self.inc | Sep 21 2026 19:45:00 | Selfinc/lead, Attn: Bankruptcy, Po Box 11, Southlake, TX 76092 |
| 5703013 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2026 19:52:58 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Collin Chi Nguyen trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51230−KMS
**Chapter:** 13

**In re:**

Collin Chi Nguyen
510B Sullivan Kilrain Rd
Hattiesburg, MS 39402

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/21/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 21, 2026

Danny L. Miller, Clerk of Court