# United States Bankruptcy Court
## Southern District of Mississippi

In re **Collin Chi Nguyen** Debtor(s)

Case No. **26-51230**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 30, 2026**

**/s/ Collin Chi Nguyen**
**Collin Chi Nguyen**
Signature of Debtor

COLLIN CHI NGUYEN
510B SULLIVAN KILRAIN RD
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM***
650 CALIFORNIA ST.
SAN FRANCISCO, CA 94108

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113

DISCOVER BANK
P.O. BOX 71084
CHARLOTTE, NC 28272-1084

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS, GA 31902

KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY  SUITE 226
SAN FRANSICO, CA 94111

KOVO INC
ATTN: BANKRUPTCY
9450 SW GEMINI DR
SUITE 87907
BEAVERTON, OR 97008

NATHAN & NATHAN PC
P.O. BOX 1715
BIRMINGHAM, AL 35201

SELFINC/LEAD
ATTN: BANKRUPTCY
PO BOX 11
SOUTHLAKE, TX 76092

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060